UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YAAKOV G. VANEK,

                Plaintiff,

    - against -

SAMSUNG EMS CO. LTD, ET AL.,

                Defendants.

23-cv-3127 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The time for the plaintiff to serve the summons and complaint is extended to **August 1, 2023**. If the plaintiff fails to serve the summons and complaint by that date, the case will be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m). The conference scheduled for **August 9, 2023** is canceled.

SO ORDERED.

Dated:    New York, New York
            July 10, 2023

                                              _/s/ John G. Koeltl_
                                                John G. Koeltl
                                          United States District Judge