```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────────────

**YAAKOV G. VANEK,**

                      **Plaintiff,**              **23-cv-3127 (JGK)**

     - against -                                       **ORDER**

**SAMSUNG EMS CO. LTD, ET AL.,**

                      **Defendants.**
───────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The time for defendants Samsung-EMS Co., Ltd., Sang-Won Lee, S.G. Lee, and J.S. Park (the "Remaining Defendants") to respond to the complaint is extended to **September 7, 2023.** If the Remaining Defendants fail to respond by that date, the plaintiff may move by order to show cause for a default judgment against the Remaining Defendants by **September 28, 2023.** If the plaintiff fails to move for a default judgment against the Remaining Defendants by that date, the case will be dismissed without prejudice for failure to prosecute.

    The plaintiff is directed to serve a copy of this Order on the Remaining Defendants and to file proof of service on the docket by **August 25, 2023.**

**SO ORDERED.**

**Dated:**    **New York, New York**
             **August 18, 2023**

                                          /s/ John G. Koeltl
                                            **John G. Koeltl**
                                  **United States District Judge**