**PAUL BATISTA, P.C.**
**Attorney-at-Law**
**26 Broadway – Suite 1900**
**New York, New York 10004**
**(631) 377-0111**

e-mail: Batista007@aol.com                                              Facsimile: (212) 344-7677

October 24, 2023

<u>VIA ECF</u>
Hon. John G. Koeltl
United States District Judge for the
   Southern District of New York
500 Pearl Street
New York, New York 10007

                  Re:    <u>Vanek v. Samsung EMS Co. Ltd., *et al.*,</u>
                        <u>Docket No. 1:23-cv-03127 (JGK)</u>

Dear Judge Koeltl:

      I represent plaintiff Yaakov Vanek in the above-entitled action.

      I write to request a brief extension, from October 23, 2023 *to November 21, 2023*, of the time in which Mr. Vanek may move by Order to Show Cause for default judgment as to defendants Samsung EMS Co., Ltd., Sang-Won Lee, S.G. Lee and J.S. Park (the "Remaining Defendants").

      We are experiencing some unanticipated delay in obtaining the Clerk's Certificate of Default regarding the Remaining Defendants. The Clerk's Certificate of Default is essential, pursuant to Local Civil Rule 55.2(b), to obtaining a default judgment from Your Honor.

      We anticipate that we will receive the relevant Certificate from the Clerk's Office by November 21, 2023.

      Accordingly, I respectfully request that Your Honor extend to November 21, 2023 the time in which plaintiff may move by Order to Show Cause for default judgment against the Remaining Defendants.

                                                              Respectfully submitted,

                                                            Paul Batista

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
10/25/23