UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YAAKOV G. VANEK,

                Plaintiff,

- against -

SAMSUNG EMS CO. LTD, ET AL.,

                Defendants.

23-cv-3127 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    On December 7, 2023, the Clerk issued certificates of default as to the four defendants listed in the certificate (the "Defaulting Defendants"). ECF No. 34. On January 4, 2024, the Court issued an order to show cause why a default judgment should not be entered against the Defaulting Defendants. ECF No. 44. The plaintiff served the order to show cause on the Defaulting Defendants on January 5, 2024, and filed proof of service on the docket. ECF No. 45. The time to respond to the order to show cause was January 19, 2024, but to date, the Defaulting Defendants have failed to respond. Accordingly, the plaintiff is entitled to a default judgment against the Defaulting Defendants. The case is referred to the Magistrate Judge for an inquest to determine the appropriate damages to be awarded, as well as any other provisions of an appropriate judgment.

SO ORDERED.

Dated:    New York, New York
            February 13, 2024

                                        John G. Koeltl
                                    United States District Judge