UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YAAKOV G. VANEK

        Plaintiff,

-against-

SAMSUNG EMS CO. LTD, et al.,

        Defendants.

23-CV-03127 (JGK) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    On February 13, 2024, Judge John G. Koeltl issued an Order entering a default judgment as to liability in favor of Plaintiff Yaakov G. Vanek and against Defendants Samsung EMS Co. Ltd, Sang-Won Lee, S.G. Lee, and J.S. Park ("Defendants"). (*See* ECF 46.) On February 15, 2024, I Ordered Plaintiff to serve Defendants by mail with certain documents, including his Proposed Findings of Fact and Conclusions of Law ("PFFCL") as damages on the default judgment, and to. file proof of such service on the docket when he filed his PFFCL. (*See* ECF 48.) On February 28, 2024, Plaintiff filed his PFFCL (*see* ECF 49), and on March 15, 2024, he filed his Amended PFFCL. (*See* ECF 50.) Neither of Plaintiff's filings was accompanied by proof of service on Defendants.

    I am sua spone extending the deadline for filing proof of service on Defendants of ECF 49 and ECF 50 to **March 22, 2024**, nunc pro tunc. Plaintiff is directed to meet the deadline, on pain of sanctions.

DATED:  March 18, 2024
           New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge