UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YAAKOV G. VANEK,

                Plaintiff,

-v-

SAMSUNG EMS CO. LTD, et al.,

                Defendants.

23 Civ. 03127 (JGK) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's letters. (ECF 53, 54.) It is the practice of the undersigned to handle damages inquests in the order in which the applications were received.

DATED:  July 11, 2024
          New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge