UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YAAKOV G. VANEK,

                Plaintiff,

  -v-

SAMSUNG EMS CO. LTD, et al.,

                Defendants.

23 Civ. 03127 (JGK) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff relied on the terms of a securities purchase agreement for service of the summons and complaint in this action. (*See* ECF 15, Aff. of Service Pursuant to Contractually Authorized Method of Service on Defendants dated July 31, 2023 ("July 31 Affidavit of Service") ¶ 5.) An unexecuted copy of a securities purchase agreement dated March 20, 2019 was attached as an exhibit to the July 31 Affidavit of Service (*See* ECF 15-1, Securities Purchase Agreement dated March 20, 2019 ("March 2019 Agreement").)

Plaintiff shall file on the docket, by **August 15, 2024**, an executed copy of the securities purchase agreement on which Plaintiff relied when he served the summons and complaint on Defendants Samsung EMS, Sang-Won Lee, SG Lee, and J.S. Park ("Defaulting Defendants").[1]

DATED: August 12, 2024

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

---

[1] On July 31, 2023, Plaintiff voluntarily dismissed Defendant Samsung Electronics Co., LTD. (See ECF 14, Not. of Voluntary Dismissal).