UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YAAKOV G. VANEK,

        Plaintiff,

-v-

SAMSUNG EMS CO. LTD, et al.,

        Defendants.

23 Civ. 03127 (JGK) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

In response to my order directing Plaintiff to file an executed copy of the securities purchase agreement on which he relied in serving Defendants Samsung EMS, Sang-Won Lee, SG Lee, and J.S. Park (the "Defaulting Defendants") (*see* ECF 56), Plaintiff filed a copy of that agreement signed only by Plaintiff and not signed by any of the Defaulting Defendants. (*See* ECF 57, Securities Purchase Agreement Dated March 20, 2019 at 3-28.) Plaintiff shall file on the docket, by **August 15, 2024**, either a copy of that agreement that is signed by the Defaulting Defendants or an explanation of why Plaintiff is unable to do so.

DATED:  August 12, 2024
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge