UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YAAKOV G. VANEK,

                Plaintiff,

  -v-

SAMSUNG EMS CO. LTD, et al.,

                Defendants.

23 Civ. 03127 (JGK) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      By **August 26, 2024**, Plaintiff shall file on the docket a submission addressing whether this Court has personal jurisdiction over Defaulting Defendants. The submission shall discuss whether this case satisfies the three requirements set forth in *Licci ex rel. Licci v. Lebanese Canadian Bank*, *SAL*, 673 F.3d 50, 59 (2d Cir. 2012): "First, the plaintiff's service of process upon the defendant must have been procedurally proper . . . . Second, there must be a statutory basis for personal jurisdiction that renders such service of process effective . . . . Third, the exercise of personal jurisdiction must comport with constitutional due process principles." *Id.* (citations omitted). The submission shall include an analysis of Plaintiff's basis for relying on the unexecuted stock purchase agreement as a justification for using an alternative method of service and for his choice of forum.

DATED:  August 19, 2024
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge