UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
YAAKOV G. VANEK,

                Plaintiff,                    23 **CIVIL** 3127 (JGK)(RFT)

      -against-                           **JUDGMENT**

SAMSUNG EMS CO. LTD., ET AL.,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated November 26, 2024, the Complaint is dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
         November 27, 2024

                                                     **DANIEL ORTIZ**
                                                **Acting Clerk of Court**

                          **BY:**

                                                **Deputy Clerk**